IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.                                                        ) | Case No. 3:08cr326 |
| ) | |
| JUSTIN EUGENE TAYLOR,        ) | |
| Defendant                     ) | |

### MR. TAYLOR'S POSITION THAT CORRECTED JUDGMENT IS APPROPRIATE

Justin Taylor, through counsel and in response to the Court's Order in ECF No. 100, files the following position requesting that this Court enter a corrected judgment in this case:

1. Mr. Taylor was initially convicted in this case of conspiracy to commit Hobbs Act robbery in violation of 18 U.S.C. § 1951 as set forth in Count Five, and using and carrying a firearm in furtherance of either conspiracy to commit Hobbs Act robbery or attempted Hobbs Act robbery in violation of 18 U.S.C. § 924(c) as set forth in Count Seven. *See* ECF Nos. 17 and 44.

2. After *Johnson v. United States*, 576 U.S. 591 (2015), Mr. Taylor was permitted to file a second or successive petition under 28 U.S.C. § 2255 challenging his § 924(c) conviction in Count Seven in light of *Johnson*. *See United States v. Taylor*, 979 F.3d 203, 206 (4th Cir. 2020). Upon reviewing an appeal of the denial of Mr. Taylor's § 2255 motion challenging his § 924(c) conviction, on October 14, 2020, the Fourth Circuit vacated Mr. Taylor's § 924(c) conviction and remanded the case for resentencing consistent with the Fourth Circuit's opinion. *Id.* at 210. The mandate for the Fourth Circuit's decision issued on December 21, 2020.

1

3. The Supreme Court affirmed the judgment of the Court of Appeals on June 21, 2022. *See United States v. Taylor*, 142 S. Ct. 2015, 2026 (2022).

4. On July 5, 2022, this Court entered an Order directing the parties to take positions on whether a resentencing is appropriate in this case or whether the parties preferred the Court to issue a corrected judgment. *See* ECF No. 110.

5. The parties have conferred and agree that this Court should issue a corrected judgment in this case rather than hold a resentencing hearing. The Court's July 5, 2022, Order directs the parties to propose the judgment jointly. *Id.*

6. In other similar cases in which a conviction has been vacated after a successful § 2255 motion, the Court has issued an amended judgment using the Court's standard judgment form. *See, e.g.*, *United States v. McCall*, 3:10cr170, ECF No. 1203 (E.D. Va. Oct. 29, 2019) (amended judgment after a successful § 2255 motion vacated a conviction). The parties do not have access to the Court's standard judgment form, but have conferred and agree that the original judgment in this case, *see* ECF No. 44, should be amended as follows:

    a. On page 1 of ECF No. 44, the following changes should be made:

        i. The title of the document should be "Amended Judgment in a Criminal Case."

        ii. The Court should insert the following text: "The defendant's conviction and sentence on Count 7 were vacated by the Fourth Circuit on October 14, 2020, pursuant to the appeal of his 28 U.S.C. § 2255 motion." after the sentence: "The defendant pleaded guilty to Count(s) 5 and 7 of the Second Superseding Indictment."

      iii. The following sentence then needs to be edited to say, "The defendant is adjudicated guilty of this offense."

      iv. Under the Title and Section/Nature of Offense/Offense Class/Offense Ended/Count section, the blocks of text relating to Count 7 should be removed.

  b. On page 3 of ECF No. 44, the following change should be made:

      i. Strike all other language in the first paragraph of that page after "TWO HUNDRED and FORTY (240) MONTHS ON COUNT 5."

  c. On page 4 of ECF No. 44, the following change should be made:

      i. Strike all other language from the first sentence on that page after "THREE (3) YEARS ON COUNT 5."

  d. On page 6 of ECF No. 44, the following change should be made:

      i. The count for the special assessment should be amended from "1" to "5."

7. Undersigned counsel understands that the government intends to review this pleading once filed and submit a pleading of its own adopting the proposed changes herein.

Thus, Mr. Taylor files the above position requesting that this Court enter a corrected judgment in this case.

Respectfully submitted,
JUSTIN EUGENE TAYLOR

By: _____/s/_____
Laura Koenig
Va. Bar No. 86840
Counsel for Defendant
Office of the Federal Public Defender
701 E Broad Street, Suite 3600
Richmond, VA 23219-1884

Ph. (804) 565-0881
Fax (804) 648-5033
laura_koenig@fd.org

4